No. 79–1465. CALIFORNIA *v.* BRAESEKE. Sup. Ct. Cal. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to consider whether judgment is based on federal or state constitutional grounds, or both. *California* v. *Krivda,* 409 U. S. 33 (1972).

No. 79–6149. SCHEER *v.* UNITED STATES. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of the position presently asserted by the Solicitor General in his memorandum filed April 15, 1980. THE CHIEF JUSTICE, MR. JUSTICE WHITE, and MR. JUSTICE REHNQUIST dissent.

No. 79–6182. GRAHAM *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Payton* v. *New York,* 445 U. S. 573 (1980).

No. A–886. MELECHINSKY *v.* UNITED STATES. Application for stay of execution of sentence, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–890. WALTHAL *v.* TEXAS. Application for stay of mandate of the Court of Criminal Appeals of Texas, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.